**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MINA THABET YOUNAN SHEHATA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1354-G** |
| | ) | |
| **FRED FIGUERO, Warden, Diamondback Correctional Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

On June 10, 2026, Petitioner Mina Thabet Younan Shehata filed a Petition for Writ of Habeas Corpus ("Petition," Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging Petitioner's detention by U.S. Immigration and Customs Enforcement ("ICE").

On July 9, 2026, certain Respondents filed a Notice (Doc. No. 11) stating that Petitioner "was released from ICE custody on July 7, 2026." *Id.* at 1.[1]

The Court directed Petitioner to show cause why the Petition should not be dismissed as moot. *See* Order to Show Cause (Doc. No. 12). The Order advised that "failure to show cause may result in the dismissal of this action." *Id.* at 2.

As of this date, Petitioner has not filed a response, requested an extension of time to comply, or otherwise contacted the Court regarding this action.

[1] The appearing Respondents are: Todd Blanche, Attorney General of the United States; Robert Cerna, Acting Field Office Director, ICE, Enforcement and Removal Operations, Dallas Field Office; and U.S. Department of Homeland Security.

The record therefore reflects that dismissal is warranted, as "[t]here is no relief the Court can grant." *Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011) ("The mootness doctrine provides that although there may be an actual and justiciable controversy at the time the litigation is commenced, once that controversy ceases to exist, the federal court must dismiss the action for want of jurisdiction." (internal quotation marks omitted)).

CONCLUSION

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 23rd day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge